FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| CHANDLER BROTHERS FARM PARTNERSHIP | | PLAINTIFF |
| v. | NO. 3:04-CV-25-SWW | |
| AGRISERVE, INC. and GREENWICH INSURANCE COMPANY | | DEFENDANTS |

### AGREED ORDER OF DISMISSAL

By agreement of the parties, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE

DATE July 21, 2005

APPROVED AS TO FORM:

_____
Richard A. Reid
Reid, Burge, Prevallet & Coleman
P.O. Box 107
Blytheville, AR 72316-0107
*Attorneys for defendant Greenwich Insurance Company*


_____
Richard Fred Johnson
Gessler, Hughes, Socol, Piers, Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602-4205
*Attorneys for defendant Agriserve, Inc.*


_____
Robert F. Thompson III
Branch, Thompson, Philhours & Warmath, P.A.
414 West Court
Paragould, AR 72450
*Attorneys for plaintiff Chandler Brothers Farm Partnership*

APPROVED AS TO FORM:

_____
Richard A. Reid
Reid, Burge, Prevallet & Coleman
P.O. Box 107
Blytheville, AR 72316-0107
*Attorneys for defendant Greenwich Insurance Company*

_____
Richard Fred Johnson
Gessler, Hughes, Socol, Piers, Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602-4205
*Attorneys for defendant Agriserve, Inc.*

_____
Robert F. Thompson III
Branch, Thompson, Philhours & Warmath, P.A.
414 West Court
Paragould, AR 72450
*Attorneys for plaintiff Chandler Brothers Farm Partnership*